February 20, 1960 and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Town of Amherst et al., Petitioners, against Frank C. Moore et al., Constituting the State Board of Equalization and Assessment, et al., Respondents.— Application for a stay denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (January 15, 1960)

■ Janette Lawyer, Appellant, v. State of New York, Respondent.— Motion for leave to prosecute appeal on a shortened record. Motion in all respects denied except in accordance with rule VII of the rules of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of Lawrence Micallef, Respondent, against Harry Krischer-Blanner Realty Co. et al., Appellants. Workmen's Compensation Board, Respondent.— The name of Nathan Mann is stricken from the appearances noted on the record. Only lawyers may appear for parties in this court. Workmen's compensation representatives who are not lawyers are without right to appear. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of Emilio Trentin, Respondent, against Civetta Contracting, Inc., et al., Appellants. Workmen's Compensation Board, Respondent.— The name of Curtis and Curtis is stricken from the appearances noted on the record. Only lawyers may appear for parties in this court. Workmen's compensation representatives who are not lawyers are without right to appear. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. Thomas Devore, Appellant.— Motion for an extension of time within which to perfect appeal granted and time is extended until the September 1960 Term of this court. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Ernest L. White, as Administrator of the Estate of Marlen V. White, Deceased, et al., Appellants, v. State of New York, Respondent. Leula M. White, Appellant, v. State of New York, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before February 20, 1960 and are ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. Marvin Crawford, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended for 90 days. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of James Bowdring, Respondent, against Superior House & Window Cleaning et al., Appellants, and Special Disability Fund, Respondent. Workmen's Compensation Board, Respondent.— The name of Nathan Mann is stricken from the appearances noted on the record. Only lawyers may appear for parties in this court. Workmen's compensation representatives who are not lawyers are without right to appear. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.